THE MAYOR AND ALDERMEN OF THE CITY OF PATER-
SON, APPELLANT, v. THE BOROUGH OF EAST NEW-
ARK, RESPONDENT.

Argued November 19, 1914—Decided· March 1, 1915.

On appeal from the Supreme Court, in which court the
following *per curiam* was filed:

"*Per curiam*—The proceedings are affirmed, with costs, for
the reasons stated in the opinion in the case of Paterson *v.*
Glen Ridge, No. 290, of the same term."

For the appellant, *Edward F. Merrey, William B. Gourley*
and *John W. Griggs.*

For the respondent, *Gilbert Collins.*

PER CURIAM.

The judgment under review will be affirmed for the reasons
given by us in our opinions delivered at the present term in
the cases of *The Mayor and Aldermen of Paterson* v. *The
Mayor and Aldermen of Jersey City, ante p.* 163; and
*The Mayor and Aldermen of Paterson* v. *Town of Kearny,
post p.* 327.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, PARKER, BERGEN, BLACK, BOGERT, VRE-
DENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.    12.

*For reversal*—None.